1

2

3

4

5

6

7                     UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   FRANCISCO BARAJAS,                    No.  2:16-cv-2000 JAM AC P

11                  Petitioner,

12          v.                              ORDER

13   S. FRAUENHIEM, Warden,

14                  Respondent.

15

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254.

18          The application attacks a conviction issued by the Superior Court of Ventura County.  See

19   ECF No. 1 at 2-3; People v. Barajas, No. B227409, 2011 WL 4436454, *1 (Cal. Ct. App. Sept.

20   26, 2011).  While both this court and the United States District Court in the district where

21   petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S.

22   484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's

23   application are more readily available in Ventura County.  Id. at 499 n.15; 28 U.S.C. § 2241(d).

24          Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is

25   transferred to the United States District Court for the Central District of California.

26   DATED: October 6, 2016

27   _____

ALLISON CLAIRE

28                                          UNITED STATES MAGISTRATE JUDGE