**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCISCO BARAJAS, | Case No. CV 16-7607 JVS (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| S. FRAUENHIEM, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 3.18.17

_____
JAMES V. SELNA,
UNITED STATES DISTRICT JUDGE